UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>SCOTT ALLAN TAYLOR,<br><br>Debtor. | Case No. 24-40010-NGH<br><br>(Chapter 7) |
| KIMBERLY L. STEVENS, Trustee,<br><br>Plaintiff.<br><br>v.<br><br>SCOTT ALLAN TAYLOR,<br><br>Defendant. | Adv. Case No. 25-08002-NGH |

**DEFAULT JUDGMENT**

In this action, it appears from the record that Defendant, Scott Allan Taylor, was served with process and received a copy of the Summons and Complaint; said Defendant having failed to plead or otherwise defend; the legal time for pleading or otherwise defending having expired; and the default of said Defendant having been duly entered, Plaintiff is entitled to Judgment according to law. Based upon the Motion and Demand of Plaintiff, the Complaint and other evidence presented and record herein, Plaintiff is entitled to Judgment against said Defendant pursuant to the prayer of Plaintiff's Complaint.

WHEREFORE, by virtue of the law and by reason of the premises aforesaid;

**DEFAULT JUDGMENT – 1**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Debtor Scott Allan Taylor shall be denied and is ineligible for discharge under 11 U.S.C. § 727(a)(6). //end of text //

DATED: May 12, 2025

            _____
            NOAH G. HILLEN
            Chief U.S. Bankruptcy Judge

Submitted by:

Heidi Buck Morrison
Attorney for Kimberly L. Stevens

DEFAULT JUDGMENT – 2